UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 4522958 CANADA INC., <br><br> Plaintiff, <br><br> v. <br><br> KY WHOLESALE and HYDROWHOLESALE, INC. <br><br> Defendants. | Case No. 2:09-CV-02983-MCE-GGH <br><br> **STIPULATION & ORDER EXTENDING DEFENDANT KY WHOLESALE'S TIME TO REPLY** |

Plaintiff 4522958 CANADA INC. hereby stipulates through its undersigned counsel that Defendant KY WHOLESALE's time to answer or otherwise respond to Plaintiff's complaint is extended to and including February 2, 2010.

Dated: January 22, 2010

JEFFER, MANGELS, BUTLER & MARMARO LLP

By: /s/ Stanley M. Gibson
Stanley M. Gibson

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080

Attorneys for Plaintiff, 4522958 Canada Inc.

**ORDER**

**IT IS SO ORDERED**:

Dated: January 25, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com