UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 4522958 CANADA INC., <br><br> Plaintiff, <br> v. <br><br> KY WHOLESALE and HYDROWHOLESALE, INC. <br><br> Defendants. | Case No. 2:09-CV-02983-MCE-GGH <br><br> **STIPULATION & ORDER EXTENDING DEFENDANT KY WHOLESALE'S TIME TO REPLY** |

Plaintiff 4522958 CANADA INC. hereby stipulates through its undersigned counsel that Defendant KY WHOLESALE's time to answer or otherwise respond to Plaintiff's complaint is extended to and including February 2, 2010.

Dated: January 22, 2010

JEFFER, MANGELS, BUTLER & MARMARO LLP

By:  /s/ Stanley M. Gibson
      Stanley M. Gibson

      1900 Avenue of the Stars, 7th Floor
      Los Angeles, California  90067-4308
      Telephone:  (310) 203-8080

      Attorneys for Plaintiff, 4522958 Canada Inc.

**ORDER**

**IT IS SO ORDERED**:

Dated:  January 25, 2010

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com