JEFFER, MANGELS, BUTLER & MARMARO LLP
STANLEY M. GIBSON (BAR NO. 162329)
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Attorneys for Plaintiff 4522958 CANADA INC.


DAVID E. ROSEN (State Bar No. 155385)
MURPHY ROSEN & MEYLAN LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica, California 90401-1142
Telephone: (310) 899-3300
Facsimile: (310) 399-7201
Email: drosen@ murphyrosen.com

Philip H. Burrus, IV
(*Pro Hac Vice Application Pending)*
Burrus Intellectual Property Law Group, LLC
460 Grant Street SE
Atlanta, Georgia 30312
Telephone: (404) 797-8111
Facsimile: (404) 880-9912

Attorneys for Defendant
Hydrowholesale, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 4522958 CANADA INC., | CASE NO. 2:09-cv-02983-MCE-GGH |
| Plaintiff, | **ORDER TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| KY WHOLESALE and HYDROWHOLESALE, INC. | Old Date: February 25, 2010<br>Old Time: 2:00 p.m. |
| Defendant. | New Date: March 11, 2010<br>New Time: 2:00 p.m. |

JMBM Jeffer Mangels Butler & Marmaro LLP

# ORDER

The Court has reviewed the stipulation between plaintiff 4522958 CANADA INC. ("Plaintiff") and defendant HYDROWHOLESALE, INC. ("Defendant") to continue the hearing date for Defendant's Motion to Dismiss and good cause appearing therefore, the Court orders that:

1.    The hearing date for the Motions to Dismiss is continued from February 25, 2010 at 2:00 p.m. to March 11, 2010 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:   February 9, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

JMBM | Jeffer Mangels Butler & Marmaro LLP

PRINTED ON
RECYCLED PAPER

6761240v1