IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

4522958 CANADA INC.,

      Plaintiff,                    No. CIV S-09-2983 KJM GGH

  vs.

KY WHOLESALE, et al.,

      Defendants.         <u>ORDER</u>

_____/

        This court has considered the Parties' Proposed Stipulated Protective Order.

        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Parties' Stipulated Protective Order is GRANTED with the following modifications.  The substantive standards set forth by the Ninth Circuit for filing documents under seal are found in <u>Pintos v. Pacific Creditors Ass'n.</u>, 605 F.3d 665, 678 (9th Cir. 2010) and <u>Phillips v. General Motors Corp.</u>, 307 F.3d 1206, 1210 (9th Cir. 2002).

        Any confidential material filed with the court, sealed or otherwise, will not be returned at the conclusion of the litigation.

\\\\\

\\\\\

\\\\\

1

1 | Procedurally, the parties must comply with E. D. Local Rules 141 and 141.1
2 | regarding the sealing of documents.
3 | IT IS SO ORDERED.
4 | DATED: February 28, 2011
5 | /s/ Gregory G. Hollows
6 | UNITED STATES MAGISTRATE JUDGE

GGH:076
4522958Canada2983.po.wpd